UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYER GRUNWALD,

            Plaintiff,

   vs.

EQUIFAX INFORMATION SERVICES, LLC,

            Defendant.

**ORDER**

20 Civ. 1028 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that this case is stayed until **July 30, 2020** for settlement discussions. By **July 30, 2020**, the parties will submit a joint letter reporting on the status of their settlement negotiations.

Dated:  New York, New York
        July 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge