# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-7881
jclay@jonesday.com

August 3, 2020

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: August 4, 2020

VIA ECF

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Grunwald v. Equifax Information Services, LLC, et al.*,
No. 1:20-cv-1028 (S.D.N.Y.)

Dear Judge Gardephe:

Plaintiff and Experian Information Solutions, Inc. jointly request an additional one week of time until August 10, 2020 to attempt to resolve this matter through informal settlement negotiations. While negotiations are moving slowly, the parties continue to make progress toward a potential resolution.

If the parties are unable to reach a settlement in principle by August 10, we propose submitting a joint status letter with a revised case management plan.

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/  Juliana S. Clay

Juliana S. Clay

cc: Edward Kroub, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201