UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYER GRUNWALD,

            Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., CAPITAL ONE BANK (USA) N.A., and CITIBANK, N.A.,

            Defendants.

**ORDER OF DISMISSAL**

20 Civ. 1028 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending dates and deadlines are adjourned _sine die_, and any pending motions are moot.

Dated:  New York, New York
         August 19, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge